IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MARCUS BUSH, :
:
   Claimant, :
:
v. : 7:07-CV-117 (WLS)
:
JO ANNE BARNHART, Commissioner :
of Social Security, :
:
   Respondent.. :
_____:

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 9), filed January 16, 2007. It is recommended that Commissioner's motion to dismiss (Doc. No. 7) be granted for Claimant's failure to exhaust his administrative remedies. Plaintiff has not filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Therefore, the Commissioner's motion to dismiss (Doc. No. 7) is **GRANTED.**

SO ORDERED, this  5th  day of October, 2007.

                                             /s/W. Louis Sands
                                            **W. Louis Sands, Judge**
                                            **United States District Court**